IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| EMMANUEL S. YANGA, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV89 |
| v. | ) | |
| STATE OF NEBRASKA, SCOTT FRAKES, Dir, and MADSEN, Warden, | ) | ORDER |
| Respondents. | ) | |

The Petition for Writ of Habeas Corpus (filing no. 1) is far too vague. The four claims asserted fail to state the specific facts in an understandable fashion.

IT IS THEREFORE ORDERED that:

(1) The Petition for Writ of Habeas Corpus (filing no. 1) is denied.

(2) The Petitioner shall file an Amended Petition for Writ of Habeas Corpus no later than April 2, 2018.[1]

(3) The Clerk of Court shall send Petitioner yet another copy of form AO241.

DATED this 1st day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] Petitioner shall take care to sign and date the Amended Petition.