IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| EMMANUEL S. YANGA, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV89 |
| v. | ) | |
| STATE OF NEBRASKA, DIR. SCOTT FRAKES, and MADSEN, Warden, | ) | ORDER |
| Respondents. | ) | |

IT IS ORDERED that Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 14) is granted, and Petitioner's Motion to Appoint Counsel (filing no. 16) is denied.

DATED this 24th day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge